# Court of Appeals
# of the State of Georgia

ATLANTA,  June 08, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0711.  TOMMY LINDSEY v. THE STATE.**

This case was docketed by this Court on December 13, 2021. The Appellant's brief and enumeration of errors were originally due on January 4, 2022. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors. The filing is 154 days late. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/08/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*